# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

STEVEN ISHMAEL XANDER CODY OBAMA
ADC #145160                                                                                                           PLAINTIFF

v.                                       4:24-cv-00490-JM-JJV

BRIAN PERKINS, Sergeant,
Varner Supermax, ADC, *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 6 and 7)   After reviewing the record *de novo*, this Court adopts the Recommendation in its entirety as its findings in all respects.

Therefore, the Complaint (Doc. 2) is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g).   Plaintiff's motion for leave to file an amended complaint, (Doc. 8) does not include a copy of the proposed amended pleading as required by Local Rule 5.5(e), accordingly, the motion is DENIED.   It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 29th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE